AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

MICHELLE MELLEMA,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:  **3:09-CV-00331-RCJ-RAM**

RICHARD GAMMICK, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.

  November 4, 2009                            **LANCE S. WILSON**
                                                       Clerk

                                                   D. R. Morgan
                                                   Deputy Clerk